

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mathew Erik Luvano
a/k/a Matthew Erik Flores,

\* From the 104th District
Court of Taylor County,
Trial Court No. 18951B.

Vs. No. 11-14-00122-CR

\* April 21, 2016

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.